AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Anita L. Bourne | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:24-cv-00218-RCY |
| Texas Roadhouse Spotsylvania Location | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Texas Roadhouse Spotsylvania Location.

Date:   07/10/2024

/s/ Bradley C. Tobias
*Attorney's signature*

Bradley C. Tobias (Bar. No. 88046)
*Printed name and bar number*
Littler Mendelson, P.C.
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC  20006
*Address*

btobias@littler.com
*E-mail address*

(202) 842-3400
*Telephone number*

(202) 842-0011
*FAX number*