ARIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ANITA L. BOURNE,<br><br>       **Plaintiff,**<br><br>    v.<br><br>TEXAS ROADHOUSE SPOTSYLVANIA CITY LOCATION.<br><br>       **Defendants.** | Civil Action No. 3:24-cv-00218-RCY |

## *ROSEBORO v. GARRISON* **WARNING**

Defendant Texas Roadhouse Management Corporation[1] ("Defendant" or "Texas Roadhouse"), by counsel, hereby submits this warning consistent with the requirements of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), and Local Civil Rule 7(K) of the Local Rules of the U.S. District Court for the Eastern District of Virginia.

1. Plaintiff is entitled to file a response opposing Defendant's Motion to Dismiss, and such response must be filed within twenty-one (21) days of the date Defendant filed its Motion to Dismiss; and

2. In her response, Plaintiff must submit any further counter-affidavits or other relevant evidence contradicting, explaining or avoiding Defendant's evidence. If documents or affidavits are submitted by either party, any remaining motion(s) to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure may be considered as motion(s) for summary judgment under Rule 56 of the Federal Rules of Federal Civil Procedure.

---

[1] Defendant is improperly named Texas Roadhouse Spotsylvania City Location in the case caption, but the correct entity name is Texas Roadhouse Management Corporation.

3. Plaintiff is entitled to file a legal brief in opposition to the one filed by Defendant, and provide a copy of the brief to counsel for Defendant.

4. The Court could dismiss the action on the basis of the papers filed by Defendant if Plaintiff does not file a response within the twenty-one (21) day period.

Dated: July 22, 2024

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ Meredith L. Schramm-Strosser
Meredith Schramm-Strosser, VSB No. 87984
Bradley C. Tobias, VSB No. 88046
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
Telephone: 202.842.3400
Facsimile: 202.842.0011
mschramm-strosser@littler.com
btobias@littler.com

*Counsel for the Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, and that copies of the foregoing were sent via electronic mail and first-class mail to:

>Anita Bourne
>1117 Kings Hwy 25
>King George, VA 22485
>anitabourne49@gmail.com

>/s/ *Meredith L. Schramm-Strosser*
>Meredith L. Schramm-Strosser