IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANITA BOURNE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:24CV218 (RCY) |
| ) | |
| TEXAS ROADHOUSE ) | |
| SPOTSYLVANIA LOCATION, ) | |
|     Defendant. ) | |
| ) | |

**ORDER**
**(Granting Motion to Dismiss, But Giving Leave to Amend)**

In accordance with the accompanying Memorandum Opinion, the Court FINDS that Plaintiff fails to state a claim upon which this Court can grant relief, and thus, dismissal of the Complaint is warranted. As such, the Court GRANTS Defendant's Motion to Dismiss (ECF No. 10). However, out of deference to Plaintiff's *pro se* status, the Court will not yet dismiss the action. Instead, Plaintiff is DIRECTED to file an Amended Complaint within thirty (30) days from the date of entry of this Order. Failure to file an Amended Complaint within that time will result in the summary dismissal of this action.

The Clerk is DIRECTED to file this Order and the accompanying Memorandum Opinion electronically, and to send copies to Plaintiff, who is proceeding *pro se*.

It is so ORDERED.

                                                                               /s/ RCY
                                                       Roderick C. Young
                                                       United States District Judge

Date: <u>February 20, 2025</u>
Richmond, Virginia