IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ANITA BOURNE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24CV218 (RCY) |
| | ) | |
| TEXAS ROADHOUSE, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

This matter is before the Court following the August 13, 2025 Initial Pretrial Conference ("IPTC") and Plaintiff's Consent Motion to Request an Adjournment of the Conference ("Consent Motion," ECF No. 35), which Plaintiff filed at 4:14 P.M. on August 12, 2025. Plaintiff's Consent Motion (ECF No. 35) to continue the IPTC as requested is DENIED. However, in light of Plaintiff's failure to appear at the August 13, 2025 IPTC, the Court ORDERS the IPTC be CONTINUED until October 6, 2025, at 11:00 A.M. The Court further ORDERS the parties to appear in person for the October 6, 2025 IPTC.

The Clerk is DIRECTED to provide a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                         /s/
                                                        Roderick C. Young
Date: <u>August 13, 2025</u>                         United States District Judge
Richmond, Virginia