# EXHIBIT A

| | |
|---|---|
| **From:** | Schramm-Strosser, Meredith |
| **To:** | Emanuel Kataev; astein@meridianlawfirm.com |
| **Cc:** | Kim, Richard J. |
| **Subject:** | RE: Bourne v. Texas Roadhouse - Moving matter to arbitration |
| **Date:** | Friday, June 20, 2025 9:54:37 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | TR Arbitration Agreement_Bourne, Anita.pdf |

Good morning, Emanuel and Aryeh:

I'm emailing because Texas Roadhouse has found the arbitration agreement that Ms. Bourne signed as a condition of her employment. Ms. Bourne e-signed the agreement on June 13, 2022, the day prior to her first date of employment. At this time, we'd like to enforce the agreement against Ms. Bourne's claims against our client; As you will see under Section 1, the agreement applies to "disputes relating to...retaliation, discrimination, and harassment claims."

As such, we request that Ms. Bourne join us in a joint motion to stay claims and compel matter to arbitration. Please let us know by end of day June 25th about your client's position on this matter.

Additionally, we never heard back from you about a demand, as you indicated you'd provide in your April 28th correspondence. If Ms. Bourne has a demand, please let us know what that is ASAP.

Best regards,

Meredith

PS – Please note that Brad Tobias is no longer working on this matter. Instead, please be sure to always copy my colleague Richard Kim on all correspondence.

**Meredith Schramm-Strosser**
**Shareholder**
+1 202.772.2531 direct, +1 202.597.1595 mobile, +1 202.330.5014 fax
815 Connecticut Avenue, NW, Suite 400, Washington, DC 20006-4046
MSchramm-Strosser@littler.com



**Labor & Employment Law Solutions**
LOCAL EVERYWHERE