# EXHIBIT B

# Anita Bourne - TXRH Arbitration Agreement

Please carefully review the attached Texas Roadhouse Arbitration Agreement, you will be asked to electronically sign on the next page. By electronically signing, you acknowledge that you have read and understand the Texas Roadhouse Arbitration Agreement and that you agree to be bound by the terms contained therein. Please note, a copy of this signed document will always be available in your electronic WorkFile or you may request a hard copy from Roadie Support.

## Electronic Signature

First Name: Anita
Last Name: Bourne
Unique Username: Anitalynn1234
Signed On: 6/13/2022 at 5:24 PM

Contents of file attachment on following page(s):

  

## ARBITRATION AGREEMENT

In this Arbitration Agreement (this "*Agreement*"), the "*Company*" means Texas Roadhouse Management Corp. and its parent company, affiliates, and/or subsidiaries (including, but not limited to, Texas Roadhouse, Inc., Texas Roadhouse Holdings LLC, Bubba's Holdings LLC, Jaggers Holdings LLC, and any other affiliates involved in the operation of Texas Roadhouse restaurants and affiliated restaurant concepts operating under the Texas Roadhouse umbrella, such as Bubba's 33 and Jaggers); and you (the Employee) are referred to as "*You*" and "*Your*." By virtue of this Agreement, You and the Company agree that covered disputes must be resolved in arbitration by an Arbitrator (as hereinafter defined) and not in a court or jury trial.

The Company has an open-door philosophy and internal avenues for reporting concerns to enable You to resolve issues informally within the Company. This Agreement is intended to supplement those informal processes by providing a means to fully and finally resolve disputes that could otherwise be resolved in a court of law.

1.      **How This Agreement Applies.** Except as otherwise stated below, this Agreement applies to any past, present, or future dispute that otherwise could be resolved in a court of law arising out of or related to Your application and selection for employment, employment, and termination of employment with the Company. This Agreement applies to any dispute that the Company may have against You or that You may have against the Company or (1) any of its officers, directors, principals, shareholders, members, owners, employees, or agents; (2) its benefit plans or the plan's sponsors, fiduciaries, administrators, affiliates, or agents; or (3) the successors and assigns of any of them. Each of the entities and individuals listed above can enforce this Agreement. **All disputes covered by this Agreement will be decided by a single arbitrator through final and binding arbitration and not by way of court or jury trial.** This Agreement is governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq. and evidences a transaction involving commerce. This Agreement applies to the resolution of any and all disputes that otherwise could be resolved in a court of law, including (for example) disputes relating to application for employment, background checks, privacy, employment relationship, termination of employment (including post- employment defamation or retaliation), trade secrets, unfair competition, compensation, pay practices, classification, minimum wage, expense reimbursement, overtime, breaks and rest periods, retaliation, discrimination, and harassment claims. This Agreement applies to disputes of all kinds, including those arising under federal, state or local laws, and to disputes arising under constitutions, statutes, ordinances, regulations, or common law (for example, torts).[1]

Except as otherwise provided by 9 U.S.C. § 402(b), the Arbitrator, and not any court or agency, shall

---

[1] By way of further example and not of limitation, this Agreement applies to disputes arising under the Fair Credit Reporting Act, Defend Trade Secrets Act, Civil Rights Act of 1964, 42 U.S.C. §1981, Rehabilitation Act, Civil Rights Acts of 1866 and 1871, Civil Rights Act of 1991, 8 U.S.C. § 1324b (unfair immigration related practices), Pregnancy Discrimination Act, Equal Pay Act, Americans With Disabilities Act, Age Discrimination in Employment Act, Older Workers Benefit Protection Act, Occupational Safety and Health Act, Family and Medical Leave Act, Fair Labor Standards Act, Employee Retirement Income Security Act (except for claims for employee benefits under any benefit plan sponsored by the Company and covered by the Employee Retirement Income Security Act of 1974 or funded by insurance), Affordable Care Act, Genetic Information Non-Discrimination Act, Uniformed Services Employment and Reemployment Rights Act, Worker Adjustment and Retraining Notification Act, Consolidated Omnibus Budget Reconciliation Act of 1985, and the False Claims Act.

  

have exclusive authority to resolve any dispute relating to the making, existence, validity, applicability, enforceability, unconscionability or waiver of this Agreement including, but not limited to, any claim that all or any part of this Agreement is void or voidable. However, as stated in the "Class and Collective Action Waivers" section below, the preceding sentence does not apply to the Class Action Waiver and/or Collective Action Waiver.

**2.** **Limitations On How This Agreement Applies.** The following claims are not covered by this Agreement: (i) federal or state workers' compensation, disability or unemployment benefits; provided, however, this Agreement applies to claims of discrimination or retaliation related to seeking such benefits; (ii) disputes that an applicable federal statute expressly states cannot be arbitrated; (iii) specific disputes that You elect not to arbitrate pursuant to an applicable federal statute which expressly permits You to unilaterally opt out of arbitrating such disputes, *e.g.* You or a named class representative elect not to arbitrate a sexual harassment or sexual assault dispute in accordance with 9 U.S.C. § 402; and (iv) representative actions for civil penalties filed under the California Private Attorney General Act ("***PAGA***")(but to the extent permitted by applicable law, any claim by You on Your own behalf under PAGA to recover unpaid wages must be arbitrated and is covered by this Agreement). If You combine claims not covered by this Agreement with claims that are covered by this Agreement, the claims covered by this Agreement must be pursued in arbitration in accordance with this Agreement, to the extent permitted by applicable law.

Any party may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief in connection with a dispute that is covered by this Agreement, but only if the award to which that party may be entitled may be rendered ineffectual without such provisional relief. In such cases, the court may award temporary or preliminary injunctive relief, but any other remedy or relief, including permanent injunctive relief and any monetary remedy, may only be awarded by the Arbitrator.The pursuit of temporary or preliminary injunctive relief shall not be deemed incompatible with or constitute a waiver of rights under this Agreement.

Nothing in this Agreement prevents either party from making a report to or filing a claim or charge with a government agency, including without limitation, the Equal Employment Opportunity Commission, Department of Labor, National Labor Relations Board, Occupational Safety and Health Administration, or law enforcement authorities. Nothing in this Agreement prevents the investigation by a government agency of any report, claim or charge otherwise covered by this Agreement. This Agreement does not prevent administrative agencies from adjudicating claims and awarding remedies based on those claims, even if the claims would otherwise be covered by this Agreement.  Nothing in this Agreement prevents or excuses a party from satisfying any conditions precedent or exhausting administrative remedies under applicable law before bringing a claim in arbitration. The Company will not retaliate against anyone for filing a claim with an administrative agency or for exercising rights (individually or in concert with others) under Section 7 of the National Labor Relations Act.

**3.** **Starting The Arbitration.** The party bringing the claim must demand arbitration in writing and deliver the written demand by hand or first-class mail to the other party within the applicable statute of limitations period (in other words, within the time period allowed by law for bringing that claim(s) in court). The demand for arbitration shall include identification of the parties, a statement of the legal andfactual basis of the claim(s), and a specification of the remedy sought. Any demand for arbitration made to the Company shall be provided in writing to the Texas Roadhouse Arbitration Administrator, c/o TexasRoadhouse Legal Department, 6040 Dutchmans Lane, Louisville, Kentucky, 40205, or via e-mail at ArbitrationAdministrator@texasroadhouse.com.  You will be given notice of any demand for arbitration by the

  

Company at the last home address You provided to the Company. The Arbitrator shall resolve all disputes regarding the timeliness or propriety of the demand for arbitration.

Within 30 days after a demand for arbitration has been made, the parties are encouraged to communicate with the Company's Vice-President of Legendary People or his/her designee to discuss the possibility of reaching a mutually agreeable resolution of the dispute.  If the dispute remains unresolved, the parties, by mutual agreement, may submit the dispute to mediation before a mutually agreed mediator, in which event the Company will pay the mediator's fee for up to one full day of mediation services. If the dispute is not resolved at this stage, the parties shall proceed with final and binding arbitration pursuant to this Agreement.

4.  **Arbitrator Selection.** Unless the parties agree otherwise, the Arbitrator will be an attorney or retired judge experienced in arbitrating employment law disputes and licensed to practice law in the state in which the arbitration is held (the "***Arbitrator***"). The Arbitrator will be selected by agreement of the parties to the arbitration. The Arbitrator will conduct the arbitration in accordance with this Agreement. If for any reason the parties cannot agree to an Arbitrator, the arbitration will be administered by the American Arbitration Association ("***AAA***") and, except as provided in this Agreement, will be under the then current Employment Arbitration Rules of the AAA ("***AAA Rules***") (the AAA Rules are available via the internet at [www.adr.org/employment](www.adr.org/employment) or by internet search). If there is a conflict between the AAA Rules and this Agreement, this Agreement shall govern.

5.  **Class and Collective Action Waivers.** You and the Company agree to bring any claim covered by this Agreement on an individual basis and not on a class and/or collective action basis. Accordingly, there is no right or authority for any covered dispute to be brought, heard or arbitrated as a class action and the Arbitrator will have no authority to hear or preside over any  such  claim  (the "***Class  Action Waiver***").  There is also no right or authority for any covered dispute to be brought, heard or arbitrated as a collective action and the Arbitrator will have no authority to hear or preside over any such claim (the "***Collective Action Waiver***"). If there is a final judicial determination that the Class Action Waiver and/or the Collective Action Waiver is invalid, unenforceable, unconscionable, void or voidable, the Class Action Waiver and Collective Action Waiver shall be severable from this Agreement. In such instances, any class action and/or collective action must be litigated in a civil court of competent jurisdiction—not in arbitration.

Regardless of anything else in this Agreement or any rules that may apply by virtue of this Agreement, any challenge to the Class Action Waiver and/or the Collective Action Waiver including, but not limited to, any claim that all or part of the Class Action Waiver and/or the Collective Action Waiver is invalid, unenforceable, unconscionable, void or voidable, may be determined only by a court of competent jurisdiction and not by an arbitrator.

6.  **Discovery and Subpoenas.**  Each party may take the deposition of two individual fact witnesses and any expert witness designated by another party. Each party may also propound up to 20 interrogatories and up to 20 requests for production of documents, and each party may subpoena witnesses and documents for discovery or for the arbitration hearing, including testimony and documents from third parties. Additional discovery may be conducted by mutual agreement. The Arbitrator will have exclusive authority to entertain requests for additional discovery, and to grant or deny such requests, based on the circumstances of a particular case.

7.  **Paying For The Arbitration.**  The Company will pay the Arbitrator and arbitration fees and costs,

  

except for any filing fee that is Your responsibility under applicable law or the AAA Rules (if applicable), provided that You will not be required to pay any filing fee in excess of the filing fee for a case in federal court in the jurisdiction where the arbitration is to take place. Each party will pay for its own costs and attorneys' fees, if any, but if any party prevails on a claim that affords the prevailing party attorneys' fees, the Arbitrator may award reasonable fees to the prevailing party as provided by law. The Arbitrator willresolve any disputes regarding costs/fees associated with arbitration.

**8.     The Arbitration Hearing And Award.**  The arbitration hearing will be held no more than 45 miles from the place where You last worked for the Company, unless each party to the arbitration agrees otherwise. The Arbitrator shall apply the substantive federal, state, or local law applicable to the claims asserted. Either party may file dispositive motions, and the Arbitrator will apply the standards for such motions set forth in the Federal Rules of Civil Procedure. The Arbitrator may award any remedy to which a party is entitled in his/her/its individual capacity under applicable law. The Arbitrator will issue a decision  or  award  in  writing,  stating  the essential findings of fact and conclusions of law. A court of competent jurisdiction shall have the authority to enter a judgment upon the award made pursuant to the arbitration.

**9.     Non-Retaliation.** It is against Company policy for anyone to be subject to retaliation for exercising the right to assert claims under this Agreement. If You believe You have been retaliated against by anyone at the Company, You should immediately report this in accordance with Company policy.

**10.     Enforcement Of This Agreement.** This Agreement is the full and complete agreement about arbitration of covered disputes. Any contractual disclaimers in the Company's policies and procedures, other agreements, or Code of Conduct do not apply to this Agreement. Nothing in this Agreement modifies the at-will nature of Your employment. This means that either the Company or You may end Your employment at any time for any lawful reason, or for no reason. This Agreement will survive the termination of Your employment. It will continue to apply upon Your transfer to any affiliate of the Company, or upon re-employment by the Company if Your employment is ended and later renewed. Subject to the Class and Collective Action Waivers section above, in the event any portion of this Agreement is deemed unenforceable, the remainder of this Agreement will be enforceable.

**By signing below or by my electronic signature, I acknowledge that I have received and reviewed this Agreement and agree to be bound by the terms contained therein:**


EMPLOYEE SIGNATURE

DATE:


TEXAS ROADHOUSE MANAGEMENT CORP.

By:
Patrick Sterling
Vice-President, Legendary People




## ACUERDO DE ARBITRAJE

En este Acuerdo de arbitraje (este "Acuerdo"), la "Compañía" significa Texas Roadhouse Management Corp. y su empresa matriz, afiliadas y/o subsidiarias (incluidas, entre otras, Texas Roadhouse, Inc., Texas Roadhouse Holdings LLC , Bubbas Holdings LLC, Jaggers Holdings LLC y cualquier otro afiliado involucrado en la operación de los restaurantes Texas Roadhouse y conceptos de restaurantes afiliados que operan bajo el paraguas de Texas Roadhouse, como Bubbas 33 y Jaggers); y usted (el Empleado) se denominan "Usted" y "Su". En virtud de este Acuerdo, Usted y la Compañía acuerdan que las disputas cubiertas deben resolverse mediante arbitraje por parte de un Árbitro (como se define más adelante) y no en un tribunal o juicio con jurado.

La Compañía tiene una filosofía de puertas abiertas y vías internas para informar inquietudes que le permitan resolver problemas de manera informal dentro de la Compañía. Este Acuerdo está destinado a complementar esos procesos informales al proporcionar un medio para resolver total y finalmente las disputas que de otro modo podrían resolverse en un tribunal de justicia.

1.      <u>Cómo se aplica este Acuerdo</u>. Salvo que se indique lo contrario a continuación, este Acuerdo se aplica a cualquier disputa pasada, presente o futura que de otro modo podría resolverse en un tribunal de justicia que surja o esté relacionada con Su solicitud y selección de empleo, empleo y terminación del empleo con la Compañía. Este Acuerdo se aplica a cualquier disputa que la Compañía pueda tener contra Usted o que Usted pueda tener contra la Compañía o (1) cualquiera de sus funcionarios, directores, directores, accionistas, miembros, propietarios, empleados o agentes; (2) sus planes de beneficios o los patrocinadores, fiduciarios, administradores, afiliados o agentes del plan; o (3) los sucesores y cesionarios de cualquiera de ellos. Cada una de las entidades e individuos enumerados anteriormente puede hacer cumplir este Acuerdo. **Todas las disputas cubiertas por este Acuerdo serán resueltas por un solo árbitro a través de un arbitraje final y vinculante y no a través de un tribunal o un juicio con jurado**. Este Acuerdo se rige por la Ley Federal de Arbitraje, 9 U.S.C. § 1 y ss. y evidencia una transacción relacionada con el comercio. Este Acuerdo se aplica a la resolución de todas y cada una de las disputas que de otro modo podrían resolverse en un tribunal de justicia, incluidas (por ejemplo) disputas relacionadas con la solicitud de empleo, verificaciones de antecedentes, privacidad, relación laboral, terminación del empleo (incluidas difamación o represalia), secretos comerciales, competencia desleal, compensación, prácticas de pago, clasificación, salario mínimo, reembolso de gastos, horas extras, pausas y períodos de descanso, represalias, discriminación y demandas por acoso Este Acuerdo se aplica a la resolución de todas y cada una de las disputas que de otro modo podrían resolverse en un tribunal de justicia, incluidas (por ejemplo) disputas relacionadas con la solicitud de empleo, verificaciones de antecedentes, privacidad, relación laboral, terminación del empleo (incluidas difamación o represalia), secretos comerciales, competencia desleal, compensación, prácticas de pago, clasificación, salario mínimo, reembolso de gastos, horas extras, pausas y períodos de descanso, represalias, discriminación y demandas por acoso. Este Acuerdo se aplica a disputas de todo tipo, incluidas las que surjan en virtud de las leyes federales, estatales o locales, y a las disputas que surjan en virtud de constituciones, estatutos, ordenanzas, reglamentos o derecho consuetudinario (por ejemplo, agravios). [1]

Salvo que se disponga lo contrario en 9 U.S.C. § 402(b), el Árbitro, y no ningún tribunal o agencia, deberá tener la autoridad exclusiva para resolver cualquier disputa relacionada con la creación, existencia, validez, aplicabilidad,

---

[1] A modo de ejemplo adicional y sin limitación, este Acuerdo se aplica a las disputas que surjan en virtud de la Ley de informes crediticios justos, la Ley de defensa de secretos comerciales, la Ley de derechos civiles de 1964, 42 U.S.C. §1981, Ley de Rehabilitación, Leyes de Derechos Civiles de 1866 y 1871, Ley de Derechos Civiles de 1991, 8 U.S.C. § 1324b (prácticas injustas relacionadas con la inmigración), Ley de Discriminación por Embarazo, Ley de Igualdad Salarial, Ley de Estadounidenses con Discapacidades, Ley de Discriminación por Edad en el Empleo, Ley de Protección de Beneficios para Trabajadores Mayores, Ley de Salud y Seguridad Ocupacional, Ley de Licencia Médica y Familiar, Ley de Normas Laborales Justas , Ley de Seguridad de Ingresos de Jubilación de Empleados (excepto para reclamos de beneficios para empleados bajo cualquier plan de beneficios patrocinado por la Compañía y cubierto por la Ley de Seguridad de Ingresos de Jubilación de Empleados de 1974 o financiado por un seguro), Ley de Cuidado de Salud a Bajo Precio, Ley de No Discriminación de Información Genética, Ley de Derechos de Empleo y Reempleo de los Servicios Uniformados, Ley de Notificación de Ajuste y Reentrenamiento de Trabajadores, Ley de Reconciliación Presupuestaria Ómnibus Consolidada de 1985 y Ley de Reclamos Falsos.

  

exigibilidad, inconsciencia o renuncia de este Acuerdo, incluido, entre otros, cualquier reclamo de que todo o parte de este Acuerdo es nulo o anulable. Sin embargo, como se establece en la sección "Exenciones de acción de clase y colectiva" a continuación, la oración anterior no se aplica a la Renuncia a la acción de clase y/o Renuncia a la acción colectiva.

2. **Limitaciones sobre cómo se aplica este Acuerdo.** Los siguientes reclamos no están cubiertos por este Acuerdo: (i) compensación de trabajadores federales o estatales, beneficios por discapacidad o desempleo; siempre que, sin embargo, este Acuerdo se aplique a reclamos de discriminación o represalias relacionadas con la búsqueda de dichos beneficios; (ii) disputas que un estatuto federal aplicable establece expresamente que no pueden ser arbitradas; (iii) disputas específicas que usted elige no someter a arbitraje de conformidad con un estatuto federal aplicable que le permite expresamente optar unilateralmente por no someterse a arbitraje en dichas disputas, p. Usted o un representante designado de la clase elige no arbitrar una disputa por acoso sexual o agresión sexual de acuerdo con 9 U.S.C. § 402; y (iv) acciones representativas por sanciones civiles presentadas en virtud de la Ley del Fiscal General Privado de California ("**PAGA**") (pero en la medida en que lo permita la ley aplicable, cualquier reclamación que realice en Su propio nombre en virtud de la PAGA para recuperar los salarios no pagados debe someterse a arbitraje y está cubierto por este Acuerdo). Si combina reclamos no cubiertos por este Acuerdo con reclamos cubiertos por este Acuerdo, los reclamos cubiertos por este Acuerdo deben llevarse a cabo en arbitraje de acuerdo con este Acuerdo, en la medida en que lo permita la ley aplicable.

Cualquiera de las partes puede solicitar a un tribunal de jurisdicción competente una medida cautelar temporal o preliminar en relación con una disputa que esté cubierta por este Acuerdo, pero solo si el laudo al que esa parte puede tener derecho puede quedar sin efecto sin dicha medida provisional. En tales casos, el tribunal puede otorgar una medida cautelar temporal o preliminar, pero cualquier otra medida cautelar, incluida la medida cautelar permanente y cualquier medida monetaria, solo puede ser otorgada por el Árbitro. La búsqueda de medidas cautelares temporales o preliminares no se considerará incompatible ni constituirá una renuncia a los derechos en virtud del presente Acuerdo.

Nada en este Acuerdo impide que cualquiera de las partes haga un informe o presente un reclamo o cargo ante una agencia gubernamental, incluidos, entre otros, la Comisión de Igualdad de Oportunidades en el Empleo, el Departamento de Trabajo, la Junta Nacional de Relaciones Laborales, la Administración de Seguridad y Salud Ocupacional o la ley. autoridades de aplicación. Nada en este Acuerdo impide la investigación por parte de una agencia gubernamental de cualquier informe, reclamo o cargo cubierto por este Acuerdo. Este Acuerdo no impide que las agencias administrativas adjudiquen reclamos y otorguen remedios basados en esos reclamos, incluso si los reclamos estuviesen cubiertos por este Acuerdo. Nada en este Acuerdo impide o exime a una parte de cumplir cualquier condición precedente o agotar los recursos administrativos conforme a la ley aplicable antes de presentar una reclamación en arbitraje. La Compañía no tomará represalias contra nadie por presentar un reclamo ante una agencia administrativa o por ejercer derechos (individualmente o en conjunto con otros) bajo la Sección 7 de la Ley Nacional de Relaciones Laborales.

3. **Comenzando El Arbitraje.** La parte que presenta el reclamo debe solicitar el arbitraje por escrito y entregar la demanda por escrito en mano o por correo de primera clase a la otra parte dentro del plazo de prescripción aplicable (en otras palabras, dentro del período de tiempo permitido por la ley para presentar este reclamo(s) en la corte). La demanda de arbitraje deberá incluir la identificación de las partes, una declaración de los fundamentos de hecho y de derecho de la(s) reclamación(es) y una especificación del remedio buscado. Cualquier demanda de arbitraje hecha a la Compañía deberá ser proporcionada por escrito al Administrador de Arbitraje de Texas Roadhouse, c/o Departamento Legal de Texas Roadhouse, 6040 Dutchmans Lane, Louisville, Kentucky, 40205, o por correo electrónico ArbitrationAdministrator@texasroadhouse.com. Se le notificará de cualquier demanda de arbitraje por parte de la Compañía en la última dirección que le proporcionó a la Compañía. El Árbitro resolverá todas las disputas relacionadas con la oportunidad o la conveniencia de la demanda de arbitraje.

Dentro de los 30 días posteriores a la presentación de una solicitud de arbitraje, se alienta a las partes a comunicarse con el vicepresidente de Legendary People (Personal Legendario) de la Compañía o su designado para analizar la posibilidad de llegar a una resolución de la disputa de mutuo acuerdo. Si la disputa sigue sin resolverse, las partes, de

  

mutuo acuerdo, pueden someter la disputa a mediación ante un mediador de mutuo acuerdo, en cuyo caso la Compañía pagará los honorarios del mediador por hasta un día completo de servicios de mediación. Si la disputa no se resuelve en esta etapa, las partes procederán con un arbitraje final y vinculante de conformidad con este Acuerdo.

4.      **Selección de árbitros.** A menos que las partes acuerden lo contrario, el Árbitro será un abogado o un juez jubilado con experiencia en el arbitraje de disputas de derecho laboral y con licencia para ejercer la abogacía en el estado en el que se lleva a cabo el arbitraje (el "***Árbitro***"). El Árbitro será seleccionado por acuerdo de las partes en el arbitraje. El Árbitro llevará a cabo el arbitraje de conformidad con este Acuerdo. Si por alguna razón las partes no pueden ponerse de acuerdo sobre un Árbitro, el arbitraje será administrado por la Asociación Estadounidense de Arbitraje ("AAA") y, salvo lo dispuesto en este Acuerdo, se regirá por las Reglas de arbitraje laboral de la AAA vigentes en ese momento (" Reglas de la AAA") (las Reglas de la AAA están disponibles a través de Internet en [www.adr.org/employment](www.adr.org/employment) o mediante una búsqueda en Internet). Si existe un conflicto entre las Reglas de la AAA y este Acuerdo, prevalecerá este Acuerdo.

5.      **Exenciones de acciones de clase y colectivas.** Usted y la Compañía acuerdan presentar cualquier reclamo cubierto por este Acuerdo de forma individual y no en forma de acción de clase o colectiva. En consecuencia, no existe ningún derecho o autoridad para que cualquier disputa cubierta se presente, escuche o arbitre como una demanda de clase y el Árbitro no tendrá autoridad para escuchar o presidir dicha demanda (la "***Renuncia de acción de clase***"*)* Tampoco existe el derecho o la autoridad para que cualquier disputa cubierta se presente, escuche o arbitre como una acción colectiva y el Árbitro no tendrá autoridad para escuchar o presidir dicho reclamo (la "***Renuncia a la acción colectiva***"). Si hay una determinación judicial definitiva de que la Renuncia a la acción de clase y/o la Renuncia a la acción colectiva son inválidas, inaplicables, inconcebibles, nulas o anulables, la Renuncia a la acción de clase y la Renuncia a la acción colectiva serán separables de este Acuerdo. En tales casos, cualquier acción de clase y/o acción colectiva debe litigarse en un tribunal civil de jurisdicción competente, no en arbitraje.

Independientemente de cualquier otra cosa en este Acuerdo o cualquier regla que pueda aplicarse en virtud de este Acuerdo, cualquier desafío a la Renuncia a la demanda de clase y/o la Renuncia a la acción colectiva, incluido, entre otros, cualquier reclamo de que la totalidad o parte de la Renuncia a la acción de clase y/o la Renuncia a la acción colectiva es inválida, inaplicable, desmedida, nula o anulable, solo puede ser determinada por un tribunal de jurisdicción competente y no por un árbitro.

6.      **Descubrimiento y Citaciones.** Cada parte podrá tomar declaración a dos testigos de hecho individuales y a cualquier perito designado por otra parte. Cada parte también puede proponer hasta 20 interrogatorios y hasta 20 solicitudes de producción de documentos, y cada parte puede citar testigos y documentos para el descubrimiento o para la audiencia de arbitraje, incluidos testimonios y documentos de terceros. El descubrimiento adicional puede llevarse a cabo por acuerdo mutuo. El Árbitro tendrá autoridad exclusiva para considerar solicitudes de descubrimiento adicional y conceder o denegar dichas solicitudes, según las circunstancias de un caso particular.

7.      **Pagar Por El Arbitraje.** La Compañía pagará al Árbitro y las tarifas y los costos del arbitraje, excepto por cualquier cargo de presentación que sea Su responsabilidad según la ley aplicable o las Normas de la AAA (si corresponde), siempre y cuando no se le exija pagar ninguna tarifa que supere la tarifa de presentación de honorarios por un caso en un tribunal federal en la jurisdicción donde se llevará a cabo el arbitraje. Cada parte pagará sus propios costos y honorarios de abogados, si los hubiere, pero si alguna de las partes gana en un reclamo que paga los honorarios de los abogados de la parte vencedora, el Árbitro puede otorgar honorarios razonables a la parte vencedora según lo dispuesto por la ley. El Árbitro resolverá cualquier disputa relacionada con los costos/honorarios asociados con el arbitraje.

8.      **La Audiencia de Arbitraje y el Laudo.** La audiencia de arbitraje se llevará a cabo a no más de 45 millas del lugar donde trabajó por última vez para la Compañía, a menos que cada parte del arbitraje acuerde lo contrario. El Árbitro aplicará la ley federal, estatal o local sustantiva aplicable a los reclamos presentados. Cualquiera de las partes puede presentar mociones dispositivas y el Árbitro aplicará las normas para tales mociones establecidas en las Reglas Federales de

  

Procedimiento Civil. El Árbitro puede otorgar cualquier recurso al que una parte tenga derecho en su capacidad individual según la ley aplicable. El Árbitro emitirá una decisión o laudo por escrito, exponiendo las determinaciones esenciales de hecho y las conclusiones de derecho. Un tribunal de jurisdicción competente tendrá la autoridad para dictar sentencia sobre el laudo dictado de conformidad con el arbitraje.

9.    **Sin represalias**. Va en contra de la política de la Compañía que cualquier persona esté sujeta a represalias por ejercer el derecho a presentar reclamos en virtud de este Acuerdo. Si cree que alguien de la Compañía ha tomado represalias contra Usted, debe informarlo de inmediato de acuerdo con la política de la Compañía.

10.    **Cumplimiento de este Acuerdo.** Este Acuerdo es el acuerdo total y completo sobre el arbitraje de disputas cubiertas. Cualquier exención de responsabilidad contractual en las políticas y procedimientos de la Compañía, otros acuerdos o el Código de conducta no se aplican a este Acuerdo. Nada en este Acuerdo modifica la naturaleza voluntaria de Su empleo. Esto significa que la Compañía o usted pueden terminar su empleo en cualquier momento por cualquier motivo legal o sin motivo alguno. Este Acuerdo sobrevivirá a la terminación de Su empleo. Continuará aplicándose en el momento de su transferencia a cualquier afiliado de la Compañía, o al volver a ser contratado por la Compañía si su empleo finaliza y luego se renueva. Sujeto a la sección de Exenciones de Acción Colectiva y de Clase anterior, en caso de que alguna parte de este Acuerdo se considere inaplicable, el resto de este Acuerdo será exigible.

**Al firmar a continuación o con mi firma electrónica, reconozco que he recibido y revisado este Acuerdo y acepto estar sujeto a los términos contenidos en él mismo:**

FIRMA DEL EMPLEADO    _____

FECHA:    _____

TEXAS ROADHOUSE MANAGEMENT CORP.

De: _____
Patrick Sterling
Vice-Presidente, Legendary People (Personal Legendario)

TXRH Arbitration Agreement 3.31.22
Page 4 of 4