***UNITED STATES DISTRICT COURT***

*EASTERN DISTRICT OF VIRGINIA*

RICHMOND DIVISION

**October 6, 2025**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE Roderick C. Young, United States District Judge
Courtroom Deputy: J. Jones
Reporter: Tracy Stroh, OCR

| | | |
|---|---|---|
| Set: 11:00 a.m.<br>Time in Court: 11 minutes | Started: 10:53 a.m. | Ended: 11:04 a.m. |

Case No. 3:24cv218

BOURNE

v.

TEXAS ROADHOUSE, INC.

**Appearances:**
**Plaintiff(s):** Aryeh Stein and Emanuel Kataev appeared on behalf of plaintiff.
**Defendant(s):** Meredith Schramm-Strosser appeared on behalf of defendant.

The matter came on the Court's docket for an Initial Pretrial Conference and Show Cause Hearing on 10/6/2025. The Court heard from counsel regarding [38] Joint Motion to Compel Arbitration and Stay Litigation. Comments and questions of Court. For the reasons stated on the record, the Court GRANTED [38] Joint Motion to Compel Arbitration and Stay Litigation and stayed the initial pretrial conference. The Court is to issue an order. The Court inquired of plaintiff's counsel regarding their failure to appear at the initial pretrial conference set on 8/13/2025 at 9:30 a.m. Plaintiff's counsel heard. The Court admonished counsel on the record. Court in recess.