FILED
10/06/2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ANITA BOURNE, Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:24CV218 (RCY) |
| TEXAS ROADHOUSE, INC. Defendant. | ) | |

**ORDER**

This matter is before the Court on the Show Cause Order as to Plaintiff's counsel Aryeh E. Stein and Emanuel Kataev (ECF No. 36). On October 6, 2025, the Court held a hearing to determine Plaintiff's counsel's reasons for failing to appear at the virtual Initial Pretrial Conference. For the reasons stated from the bench, the Show Cause Order (ECF No. 36) is hereby DISMISSED.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: October 6, 2025
Richmond, Virginia