**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**ANITA L. BOURNE,**

**Plaintiff,**

**v.**

**TEXAS ROADHOUSE INC.,**

**Defendant.**

**Case No.: 3:24-cv-218 (RCY)**

# JOINT STATUS REPORT

Plaintiff Anita Bourne ("Plaintiff") and Defendant Texas Roadhouse Management Corporation[1] ("Defendant") (together, the "Parties") file this Joint Status Report consistent with this Court's Order dated April 8, 2026. See ECF Docket Entry 43.

Since the Court's Order, pursuant to the terms of the informal resolution process outlined in the Arbitration Agreement, Defendant has made efforts to engage directly with Plaintiff in an effort to reach a mutually agreeable resolution. On July 6, 2026, the Parties discussed whether they believe this matter may be resolved through informal discussions or whether a formal mediation is needed. The Parties anticipate that they will determine whether the dispute should be submitted to mediation within the next several weeks.

In the event the Parties decide that neither direct discussions nor mediation will likely result in resolving the matter, the Parties will proceed with final and binding arbitration pursuant to the Arbitration Agreement.

[1] Plaintiff incorrectly identifies Defendant as Texas Roadhouse Inc. in the caption. The proper entity name is Texas Roadhouse Management LLC (f/k/a Texas Roadhouse Management Corporation).

The Parties will submit an updated joint status report at the Court's direction.

Dated: July 7, 2026

Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ Meredith L. Schramm-Strosser*
Meredith Schramm-Strosser, VSB No. 87984
Richard Kim, VSB No. 98260
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
Telephone: 202.842.3400
Facsimile: 202.842.0011
mschramm-strosser@littler.com
rjkim@littler.com

*Counsel for the Defendant*

*/s/ Aryeh Stein* (with consent)
Aryeh E. Stein, Esq. (VSB No. 24559)
Meridian Shaw, LLC
1212 Reisterstown Road
Baltimore, MD 21208
astein@meridianlawfirm.com

*/s/ Emanuel Kataev* (with consent)
CONSUMER ATTORNEYS PLLC
Emanuel Kataev, Esq. (*pro hac vice* pending)
6829 Main Street
Flushing, NY 11367-1305
ekataev@consumerattorneys.com

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 7, 2026 I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, and that copies of the foregoing were sent electronically to:

Aryeh E. Stein, Esq.
Meridian Shaw, LLC
1212 Reisterstown Road
Baltimore, MD 21208
astein@meridianlawfirm.com

CONSUMER ATTORNEYS PLLC
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
ekataev@consumerattorneys.com

*Counsel for the Plaintiff*

/s/ *Meredith L. Schramm-Strosser*
Meredith L. Schramm-Strosser