IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ANITA L. BOURNE,<br>Plaintiff,<br><br>v.<br><br>TEXAS ROADHOUSE, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:24CV218 (RCY) |

**ORDER**

This matter is before the Court on Plaintiff's Consent Motion to Convert In-Person Status Conference to Virtual Appearance or Alternatively to Continue Status Conference ("Motion," ECF No. 45). Therein, Plaintiff seeks to participate in a Status Conference set for tomorrow, August 12, 2026, at 1:30 P.M., by virtual or telephonic conference because of conflicting court appearances for Plaintiff's Counsel. Alternatively, Plaintiff, by counsel, proposes a continuance. The Court understands that Defendant consents to the requested relief.

Having considered the Motion, the Court FINDS Plaintiff has not demonstrated good cause for modification of the time or format of the scheduled August 12 Status Conference. Plaintiff's counsel did not respond to email outreach by the Courtroom Deputy of the undersigned, which endeavored to set the Status Conference for a mutually agreeable day and time. From the perspective of the Court, conflicts were avoidable and in fact created by Plaintiff's counsel's nonresponsiveness. Additionally, the Court rejects the proposed virtual or telephonic appearance given that Plaintiff's Counsel failed to appear for a virtual Initial Pretrial Conference (IPTC) on August 13, 2025, which required the Court to continue the IPTC and issue a Show Cause Order as to Plaintiff's counsel.

Accordingly, for the reasons stated herein, Plaintiff's Motion (ECF No. 45) is DENIED. The in-person Status Conference tomorrow, August 12, 2026, will proceed as scheduled.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: August 11, 2026
Richmond, Virginia