**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**ANITA L. BOURNE,**

**Plaintiff,**

**v.**

**TEXAS ROADHOUSE INC.**

**Defendant.**

**Case No.: 3:24-cv-218 (RCY)**

## JOINT NOTICE OF RESOLUTION

COMES NOW, Plaintiff Anita L. Bourne and Defendant Texas Roadhouse Management Corporation,[1] by and through their respective, undersigned counsel, to provide notice to the Court that on September 23, 2026, the Parties reached an agreement in principle to resolve this matter subject to finalizing written terms.

The Parties anticipate that they will execute such a writing, and Plaintiff will dismiss this action with prejudice as to Defendant, within thirty (30) days as of the date hereof or the Parties will otherwise update the Court. The Parties respectfully request that this Court stay this proceeding in the interim.

Date: September 30, 2026

Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ Meredith L. Schramm-Strosser*
Meredith Schramm-Strosser, VSB No. 87984
Benjamin P. Constine, VSB No. 96925
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
Telephone: 202.842.3400
Facsimile: 202.842.0011

[1] Improperly referred to as Texas Roadhouse, Inc. in the caption.

mschramm-strosser@littler.com
bconstine@littler.com

*Counsel for the Defendant*

*/s/ Aryeh Stein* (with consent)
Aryeh E. Stein, Esq. (VSB No. 24559)
Meridian Shaw, LLC
1212 Reisterstown Road
Baltimore, MD 21208
astein@meridianlawfirm.com

*/s/ Emanuel Kataev* (with consent)
CONSUMER ATTORNEYS PLLC
Emanuel Kataev, Esq. (*pro hac vice* pending)
6829 Main Street
Flushing, NY 11367-1305
ekataev@consumerattorneys.com

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on this 30th day of September, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, and that copies of the foregoing were sent electronically to:

Aryeh E. Stein, Esq.
Meridian Shaw, LLC
1212 Reisterstown Road
Baltimore, MD 21208
astein@meridianlawfirm.com

CONSUMER ATTORNEYS PLLC
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
ekataev@consumerattorneys.com

*Counsel for the Plaintiff*

/s/ *Meredith L. Schramm-Strosser*
Meredith L. Schramm-Strosser