IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ANITA L. BOURNE,<br>Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:24CV218 (RCY) |
| TEXAS ROADHOUSE, INC.,<br>Defendant. | ) | |

**ORDER**
**(Directing Stipulation of Dismissal Filing)**

This matter comes before the Court after receiving notice that the parties have reached a settlement in the above-styled matter. *See* ECF No. 53. The parties represent that they intend to file a stipulation of dismissal within thirty (30) days of the date of the Notice of Settlement. In light of the foregoing, to aid in the efficient resolution of the underlying matter, the Court hereby ORDERS that the parties SHALL file a stipulation of dismissal pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii) no later than 12:00 P.M. (noon) on October 30, 2026, OR, if they are unable to do so, the parties SHALL appear before the undersigned for an in-person status conference on Monday, November 2, 2026, at 9:15 A.M.

Additionally, the remaining deadlines within the Rule 16(b) Scheduling Order, ECF No. 49, are STAYED generally.

Let the Clerk file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 30, 2026
Richmond, Virginia